STATE OF MAINE
YORK, ss.

JAMES WALLACE,

Plaintiff  )
  )
  )
v.  )
  )
TOWN OF LIMERICK et al.,  )
  )
Defendants  )
  )

SUPERIOR COURT
Civil Action
Docket No. AP-00-080

6AB - YOR- 3/27/2001

ORDER

Upon consideration of Defendants Town of Limerick and Steven Foglio's Motion

to Dismiss, it is hereby ORDERED that Plaintiff's Complaint is dismissed. *Henley v. ...*

*Laster Sors, 2000 ME 1, 763 A.2d 1159 (Me. 2000)*

Date: ____3/27/01____                        _____
                                                                  Justice, Superior Court

PLAINTIFF:
Graydon Stevens, Esq.
KELLY REMMEL & ZIMMERMAN
53 Exchange St
Portland Me 04112-0597

DEFENDANTS' TOWN OF LIMERICK & STEVEN FOGLIO
Natalie Burns, Esq.
JENSEN BAIRD GARDNER & HENRY
PO Box 4510
Portland Me 04112-4510


Defendant Michael Norton
Pro Se
PO Box 73
Limerick Me 04048